United States
Bankruptcy Appellate Panel
of the Tenth Circuit
A True Copy
Barbara A. Schermerhorn, Clerk
Attested by: _____
Deputy Clerk

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE CHRISTOPHER S. WALKER, also known as Chris Walker, | BAP No. CO-08-061 |
| Debtor. | Bankr. No. 07-18102-ABC<br>Adv. No. 07-01500-ABC<br>Chapter 7 |
| SIMON RODRIGUEZ, | |
| Plaintiff - Appellee, | ORDER TRANSFERRING APPEAL<br>TO U.S. DISTRICT COURT |
| v. | |
| SCOTT WHATCOTT, | July 21, 2008 |
| Defendant - Appellant. | |

Simon Rodriguez, an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED THAT:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy

Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space indicated below.

For the Panel:
Barbara A. Schermerhorn, Clerk of Court

By:

Jackie Spresser
Deputy Clerk

Please acknowledge receipt of the case file listed above.
Dated: 7/22/08
Signed: _____
Bankruptcy Court Deputy Clerk