IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

**In re: CHRISTOPHER S. WALKER,**
**also known as Chris Walker,**

      **Debtor.**

**SIMON E. RODRIGUEZ,**

      Plaintiff-Appellee,

v.

**SCOTT WHATCOTT,**

      Defendant-Appellant.

## ORDER

Kane, J.

Appellant-Defendant's Motion to Dismiss (doc. #10), filed August 7, 2008, is GRANTED. This appeal is dismissed, the parties to bear their own costs.

Dated this 11th day of August, 2008.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  John L. Kane, Senior Judge
                                  United States District Court